IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01798-CMA-MJW

CHESTER MAGGARD,

Plaintiff(s),

v.

MANITOU AND PIKE'S PEAK RAILWAY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Due to a conflict on the Court's calendar, it is hereby ORDERED that the Scheduling Conference set on October 2, 2009, at 9:00 a.m., is VACATED and RESET on October 6, 2009, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.   If this date is not convenient to the parties, **a motion should be filed** with the court to reschedule the date.

    It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   September 24, 2009